FILED

2003 NOV 13 A 9:55

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

K. PAUL HAINSWORTH,
   Plaintiff,

V.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

   Defendant.

: CIVIL ACTION NO.
: 302 CV 715 (WWE)
:
:
:
: NOVEMBER 12, 2003

## MOTION ON CONSENT FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The plaintiff in the above referenced matter hereby moves on consent to continue the settlement conference scheduled for Monday, November 17, 2003. In support of said Motion, the plaintiff states that the defendant, Amtrack, has a contract with the State of Connecticut for reimbursement of claims for damages, such as those at issue in this matter. Although both parties have attempted to discuss settlement of this matter on various occasions, at this time, the State has been unable to convey any offer whatsoever. Therefore, counsel for both parties agree that the settlement conference, as currently scheduled, would be unproductive at this time.

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

Wherefore, the plaintiff respectfully moves on consent for continuance of the settlement conference scheduled for Monday, November 17, 2003.

THE PLAINTIFF

By_____
Jennifer L. Booker ct23657
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444
(860) 444-6445 fax

## CERTIFICATION

I hereby certify that a copy of the foregoing has been faxed and mailed on November 12, 2003, to the following counsel of record:

Brian Molinari
Landman Corsi Ballaine & Ford, P.C.
National Railroad Corporation
120 Broadway, 27th Floor
New York, NY 10271
(212)238-4800

*Jennifer J. Booker*
Jennifer J. Booker

## ORDER

The foregoing Motion having been heard, it is hereby:

GRANTED/DENIED.

        THE COURT

        _____
        Clerk/ Judge