42

FILED

2003 NOV 13  A 9: 55

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

K. PAUL HAINSWORTH,
    Plaintiff,

                           :

V.                          :        CIVIL ACTION NO.
                                 302 CV 715 (WWE)

NATIONAL RAILROAD PASSENGER   :
CORPORATION (AMTRAK),         :

             Defendant.           :        NOVEMBER 12, 2003

*(margin, rotated)* Motion GRANTED
**WARREN W. EGINTON**
Senior United States District Judge
11-14-03

## MOTION ON CONSENT FOR CONTINUANCE OF SETTLEMENT CONFERENCE

    The plaintiff in the above referenced matter hereby moves on consent to continue the settlement conference scheduled for Monday, November 17, 2003. In support of said Motion, the plaintiff states that the defendant, Amtrack, has a contract with the State of Connecticut for reimbursement of claims for damages, such as those at issue in this matter. Although both parties have attempted to discuss settlement of this matter on various occasions, at this time, the State has been unable to convey any offer whatsoever. Therefore, counsel for both parties agree that the settlement conference, as currently scheduled, would be unproductive at this time.

**THE REARDON LAW FIRM, P.C.**
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515
