UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HAINSWORTH,** | : | 3:02cv715 |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AMTRACK** | : | |

**PRETRIAL ORDER**

This case is scheduled to begin trial on **April 12, 2004**. Jury selection will occur on **April 12, 2004**. By **March 22, 2004**, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms.

Dated this 29th of December, 2003 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge