UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------x
K. PAUL HAINSWORTH,

        Plaintiff,                   Civil Action No.
                                                  3:02CV0715 (EBB)

vs.

NATIONAL RAILROAD PASSENGER
CORPORATION,

        Defendant.                March 17, 2004
---------------------------------------------------------x

## MOTION FOR PROTECTIVE ORDER

      Defendant National Railroad Passenger Corporation ("Amtrak"), respectfully moves for a protective order pursuant to Fed. R. Civ. P. 26(c) prohibiting the plaintiff from requiring defendant's expert Dr. James Donaldson from having to produce any testimony or documents responsive to Item No. 24 of plaintiff's January 9, 2004 Notice of Deposition Duces Tecum. In support of its motion Amtrak submits the following:

1.    Pursuant to Local Rule 37(a)(2), the undersigned requested plaintiff's counsel to withdraw Item 24 as a line of inquiry or request for production. The plaintiff has not responded to my request. (See annexed Affidavit of Compliance With Local Rule 37(a)(2)).

2.    For the reasons more fully stated in the Memorandum of Law, defendant respectfully requests that this Court enter a protective order as said requested discovery is grossly beyond the scope of permissible discovery

365164.1 DocsNY

and not reasonably calculated to lead to discovery of admissible evidence; it is overly broad in scope; unduly burdensome; and an undue annoyance to Dr. Donaldson.

**WHEREFORE**, the defendant moves this Court for a protective order prohibiting the plaintiff from requiring defendant's expert Dr. James Donaldson from having to produce any testimony or documents responsive to Item No. 24 of plaintiff's January 9, 2004 Notice of Deposition Duces Tecum.

    Respectfully submitted,
    FOR THE DEFENDANT

By:_____
Brian M. Molinari (ct21294)
LANDMAN CORSI BALLAINE & FORD P.C.
Offices of Amtrak
50 Union Avenue - 4th Floor West
New Haven, Connecticut 06519

120 Broadway - 27th Floor
New York, New York 10271
(212) 238-4800

## CERTIFICATION

I hereby certify that a copy of defendant's Motion for Protective Order was faxed and mailed on March ____, 2004 to :

Jennifer Booker, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

    _____
    Brian M. Molinari

365164.1 DocsNY                              -2-

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
K. PAUL HAINSWORTH,

                    Plaintiff,         Civil Action No.
                                       3:02CV0715 (EBB)

    vs.

NATIONAL RAILROAD PASSENGER
CORPORATION,

                    Defendant.
                                       March 17, 2004
-------------------------------------------------------x
```

## AFFIDAVIT OF COMPLIANCE WITH LOCAL RULE 37(a)(2)

```
STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )
```

**BRIAN M. MOLINARI**, an attorney licensed to practice before this Court, states the following under the penalty of perjury:

1.  Prior to filing the instant Motion for Protective Order, I conferred in good faith with Attorney Jennifer Booker by written correspondence and requested that the plaintiff voluntarily withdraw Item 24 from a line of inquiry or request for documents.

2.  To date, I have not received any response from Attorney Booker, thereby necessitating the instant motion.

3.  Attached hereto are true copies of the following documents:

| | |
|---|---|
| Exhibit -A- | Plaintiff's January 9, 2004 Notice of Deposition Duces Tecum. |
| Exhibit -B- | Dr. Donaldson's seven-page written report. |
| Exhibit -C- | Defendant's Expert Witness Disclosure. |

_____
**BRIAN M. MOLINARI**

Sworn to before me
this _____ day of March 2004

_____
Notary Public