UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

K. PAUL HAINSWORTH,

            Plaintiff,                          Civil Action No.
                                                    3:02CV0715 (EBB)

vs.

NATIONAL RAILROAD PASSENGER
CORPORATION,

            Defendant.                      March 17, 2004

-----------------------------------------------------------x

## MOTION FOR PROTECTIVE ORDER

Defendant National Railroad Passenger Corporation ("Amtrak"), respectfully moves for a protective order pursuant to Fed. R. Civ. P. 26(c) prohibiting the plaintiff from requiring defendant's expert Dr. James Donaldson from having to produce any testimony or documents responsive to Item No. 24 of plaintiff's January 9, 2004 Notice of Deposition Duces Tecum. In support of its motion Amtrak submits the following:

1. Pursuant to Local Rule 37(a)(2), the undersigned requested plaintiff's counsel to withdraw Item 24 as a line of inquiry or request for production. The plaintiff has not responded to my request. (See annexed Affidavit of Compliance With Local Rule 37(a)(2)).

2. For the reasons more fully stated in the Memorandum of Law, defendant respectfully requests that this Court enter a protective order as said requested discovery is grossly beyond the scope of permissible discovery

365164.1 DocsNY