Civ-JurySel(April 12, 2004)

HONORABLE **Ellen Burns**
DEPUTY CLERK **M. Ruocco**   RPTR/PRO/TAPE **I. Sanchez**

TOTAL TIME: ___ hours ___ minutes

DATE **5/11/04**   START TIME **12:30**   END TIME **2:35**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Hainsworth**

vs.

**Amtrak**

CIVIL NO **3:02cv715**

§
§
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**R. Riardon**
Plaintiffs Counsel

**B. Molinari**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ...... ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
☒ ...... ☒ Jury Selection held  ☐ Jury Selection continued until _____
☐ ... # __ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # __ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # __ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # __ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☒ ...... **85** # jurors present
☒ ...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☒ ...... Voir Dire by Court
☒ ...... Peremptory challenges exercised (See attached)
☒ ...... Jury of **9** drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☒ ...... Remaining jurors excused
☐ ...... Discovery deadline set for _____
☐ ...... Disposition Motions due _____
☐ ...... Joint trial memorandum due _____
☒ ...... Trial continued until **5/18/04** at **10:00**

☒ COPY TO: JURY CLERK

# UNITED STATES OF AMERICA
## DISTRICT OF CONNECTICUT

Hainsworth
v
Amtrak

CASE NO. 3:02CV715(EBB)

## CIVIL CHALLENGES

1. 48 MARY WALSH           1. Cheryl Nichols    #60

2. 67 NOEL CORMIER         2. Tamara Rothwell   #49

3. 71 RAYMOND KOBA         3. Nancy Dode        #53

4. _____     4. _____

[signatures]

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:03CR351(EBB)**  
Description: **USA V REYNOLDS**

Date: **5/11/04**  
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | CR | CV Code (see legend) |
|---|---|---|---|---|---|
| 1 | 100080679 | 01-0232 | **CONTILLO, PAUL R** <br> NIANTIC <br> PROJECT MANAGER | (1) J | |
| 2 | 100173032 | 01-0233 | **JOHNSON, TERI E** <br> CROMWELL <br> TRAINER & TECNICAL WRITER | PD | |
| 3 | 100177989 | 01-0284 | **KIMBALL, JUDITH L** 6/10 <br> HADDAM NECK <br> PRODUCTION CONTROLL MANAGER | (2) J | |
| 4 | 100139739 | 01-0225 | **MURRETT, WILLIAM R** <br> CLINTON <br> MUSIC BUSINESS | PD | |
| 5 | 100133143 | 01-0128 | **CRUDELE, WALTER** 5/18,19 <br> MIDDLEBURY <br> ENGINEER | (3) J | CP |
| 6 | 100157517 | 01-0198 | **MILLER, KIM R** <br> HAMDEN <br> TECHNICIAN | (4) J | |
| 7 | 100171783 | 01-0210 | **LINDEN, CHRISTOPHER D** <br> GUILFORD <br> LABORER | PP | |
| 8 | 100152021 | 01-0126 | **BROTHERS, VIKTORIA L** 6/4 <br> EAST HAMPTON <br> PROJECT ASSISTANT | CP | CP |
| 9 | 100141286 | 01-0143 | **STACHURA, ERICA L** 5/21 <br> OLD LYME <br> OCCUPATIONAL THERAPIST | (5) J | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ELLEN B. BURNS**                                                                   Date: **5/11/04**
Event: **3:03CR351(EBB)**                                                                   Time: **9:27 AM**
Description: **USA V REYNOLDS**

| Random No. | Part No. | Pool Seq. | Name | | CR | CV Code (see legend) |
|---|---|---|---|---|---|---|
| 10 | 100129347 | 01-0155 | **BOUFFARD, FILOMENA** 6/12-7/3 <br> CHESHIRE — REGISTERED NURSE | | PD | |
| 11 | 100148993 | 01-0188 | **BRENNAN, MARSHA B** <br> MILFORD — TEACHER | (6) | J | |
| 12 | 100161686 | 01-0263 | **HAX, BARBARA J** Summer <br> WALLINGFORD — OFFICE CLERK | (7) | J | |
| 13 | 100155264 | 01-0141 | **JOSHUA, GEORGE W** vac June Dr.-wife <br> HAMDEN — LINE WORKER | (8) | J | |
| 14 | 100167087 | 01-0267 | ~~SHOVLIN, DAVID L~~ <br> ~~PORTLAND — CO OWNER OF SMALL BUSINESS~~ | | CP | CP |
| 15 | 100053860 | 01-0268 | **RIBERA JR, MARK M** end June / July <br> CROMWELL — FIRE ALARM INSPECTOR | (9) | J | |
| 16 | 100071769 | 01-0220 | **GODDARD, CARL J** <br> GROTON — ATTORNEY | | CP | |
| 17 | 100161235 | 01-0204 | **LEE, LEIGHTON 4** <br> CLINTON — CARPENTER | | PD | |
| 18 | 100070340 | 01-0153 | **SCANLON, MICHAEL J** <br> MYSTIC — LAND SURVEYOR/ OFFICE | | PD | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:03CR351(EBB)**  
Description: **USA V REYNOLDS**

Date: **5/11/04**  
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | | CR | CV |
|---|---|---|---|---|---|---|
| | | | | | Code (see legend) | |
| 19 | 100076246 | 01-0253 | **WISEMAN, CLARENCE W** ACCOUNTANT — PAWCATUCK | (10) | J | |
| 20 | 100148990 | 01-0165 | ~~OLOSKEY, LINDA S~~ ~~CNA~~ — NAUGATUCK  5/13 MOM pr.care | | CP | CP |
| 21 | 100154990 | 01-0132 | **PALMUCCI, LUCILLE A** FINANCIAL SERVICES CLERK — ANSONIA | (11) | J | |
| 22 | 100153733 | 01-0163 | ~~UFLAND, GLENN D~~ ~~FINANCIAL ADVISOR~~ — WOODBRIDGE | | CP | CP |
| 23 | 100173509 | 01-0262 | **MCNAMARA, GLENN F** ATTORNEY — MIDDLEFIELD | | CP | |
| 24 | 100179258 | 01-0277 | LUCIBELLO, JOHN S  ~~5/20/24~~ SUPERVISOR — WEST HAVEN | | PD | |
| 25 | 100075430 | 01-0140 | **DEBRODT, PAUL A** ADMINISTATIVE ASSISTANT  5/20-24 — LEDYARD | (12) | J | CP |
| 26 | 100127594 | 01-0271 | **GLADSTONE, STEPHEN E** EDUCATIONAL ASSISTANT — NAUGATUCK | (1) | A | |
| 27 | 100150483 | 01-0283 | **DONOHUE, WILLIAM T** P/T TEACHER/ADULT — NEW HAVEN | | CP | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ELLEN B. BURNS**
Event: **3:03CR351(EBB)**
Description: **USA V REYNOLDS**

Date: **5/11/04**
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | | CR | CV |
|---|---|---|---|---|---|---|
| | | | | | Code (see legend) | |
| 28 | 100158325 | 01-0274 | **ROSENTHAL, NATHAN H** MERCHANT MARINE  WATERFORD   *Perm. exc.* | | CP | CP |
| 29 | 100139072 | 01-0223 | **CALDERON-DIAZ, NEREIDA** MENTAL HEALTH ASSISTANT  6/4  WALLINGFORD | | CP | CP |
| 30 | 100177550 | 01-0209 | **ELSEN, JEFFREY M** EXECUTIVE V.P.  MADISON  5/18-20 business ② | | A | CP |
| 31 | 100148429 | 01-0205 | **MARTIN, JOHN G** REGISTERED NURSE  MERIDEN | | PP | |
| 32 | 100133926 | 01-0179 | **MALARO, LINDA M** PRACTICE MANAGER-MEDICAL  MERIDEN | | | |
| 33 | 100158231 | 01-0166 | **LAONE, RONALD P** CORRECTIONAL OFCR  July  NAUGATUCK | | PD | |
| 34 | 100134184 | 01-0135 | **CACACE, EDWARD C** OPERATIONS MANAGER  NAUGATUCK | | | |
| 35 | 100136122 | 01-0133 | **CANTLEY, LINDA FREY** 5/19, 20 RESEARCH/ OCCUPATIONAL EPIDEMIOLOGY  GUILFORD | | | CP |
| 36 | 100169356 | 01-0259 | **DAGGS, SUZANNA** CERTIFIED NURSE'S AID  5/20  MILFORD | | PP | CP |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: ELLEN B. BURNS  
Event: 3:03CR351(EBB)  
Description: USA V REYNOLDS

Date: 5/11/04  
Time: 9:27 AM

| Random No. | Part No. | Pool Seq. | Name | CR | CV Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100175622 | 01-0187 | MCCARTNEY, CARLTON L<br>BRANFORD<br>TRUCK DRIVER | CP | |
| 38 | 100068300 | 01-0254 | VANDAL, BRUCE K  last<br>MYSTIC<br>OIL TRUCK DRIVER  wksJum | CP | |
| 39 | 100148604 | 01-0170 | VALLEAU, MATTHEW J<br>WALLINGFORD<br>TELECOM ENGINEER | CP | CP |
| 40 | 100165339 | 01-0180 | BOUIE, ARCHIE P<br>HAMDEN<br>TRUCK DRIVER | CP | CP |
| 41 | 100163174 | 01-0249 | MEYERS, PETER E<br>NAUGATUCK<br>AIRCRAFT INSPECTION & REPAIR | PP | |
| 42 | 100167581 | 01-0167 | LUCAS, DAVID F<br>NAUGATUCK<br>VICE PRESIDENT CREDIT UNION | PD | |
| 43 | 100128574 | 01-0177 | PURCELL, CATHERINE J<br>WESTBROOK | PP | |
| 44 | 100107600 | 01-0214 | OSEDACH, WILLIAM N<br>PROSPECT<br>TECHNICAL HVAC | PP+D | |
| 45 | 100116914 | 01-0190 | HORKHEIMER, KELLY E<br>MILFORD<br>TEACHER | PD | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:03CR351(EBB)**  
Description: **USA V REYNOLDS**

Date: **5/11/04**  
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | CR | CV Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100129931 | 01-0174 | LYONS, RICHARD B  6/24-7/3<br>NEW HAVEN — SALES & MANUFACTURE OF GIFTWARE | | PD |
| 47 | 100159054 | 01-0247 | GEFFERT, CHARLES P  6/5-14<br>SEYMOUR — DESIGN ENGINEER | | CP |
| 48 | 100175620 | 01-0227 | WALSH, MARY E<br>SEYMOUR — CUSTOMER SERVICE | | PP |
| 49 | 100153663 | 01-0252 | ROCKWELL, TAMARIN L<br>CHESHIRE — CUSTOMER SERVICE REP | | PD |
| 50 | 100127347 | 01-0134 | BROWN, ADELINA C<br>OLD SAYBROOK — RETAIL | CP | CP |
| 51 | 100160556 | 01-0226 | KELLY, CARRIE S<br>WEST HAVEN — UNDERWRITER ? | | J (V) |
| 52 | 100145098 | 01-0130 | RYAN, SUSAN H  June 11<br>MADISON — OPERATIONS MANAGER | | CP |
| 53 | 100168364 | 01-0162 | BODE, NANCY C<br>EAST HAVEN — NOTARY REPUBLIC/ IND LIFE INS PRODUCER | | PD |
| 54 | 100135628 | 01-0270 | YENCO, CHRISTOPHER E<br>MADISON — ELECTRICAN | | J (2) |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**
Event: **3:03CR351(EBB)**
Description: **USA V REYNOLDS**

Date: **5/11/04**
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | | CR | CV |
|---|---|---|---|---|---|---|
| | | | | | Code (see legend) | |
| 55 | 100151714 | 01-0269 | **CARDONE, DENA M** — WEST HAVEN — CUSTOMER SERVICE  *vac. 5/23-28* | | CP | |
| 56 | 100150576 | 01-0178 | **MOORE JR, JAMES E** — HAMDEN | | | J③ |
| 57 | 100131279 | 01-0238 | **BACON JR, GEORGE M** — NAUGATUCK — DEPT OF TRANSPORTATION/MAINTENANCE | | CP | |
| 58 | 100147963 | 01-0251 | **CONNELLY, JOHN R** — MILFORD — RETIRED AIRLINE PILOT | | | J④ |
| 59 | 100169547 | 01-0199 | **MCDOWELL, ROCKY L** — WEST HAVEN — BUILDING MAINT SUPERVISOR | | | J⑤ |
| 60 | 100133311 | 01-0201 | **NICHOLS, CHERYL A** — HAMDEN — ADMIN CLERK | | PD | |
| 61 | 100140086 | 01-0184 | **HELD, LUCAS D** — NEW HAVEN — PUBLIC RELATIO9NS | | | J⑥ |
| 62 | 100145545 | 01-0172 | **WILHELMS, ELIZABETH M.** — EAST LYME — ULTRASOUND TECHNICIAN | | CP | CP |
| 63 | 100146762 | 01-0228 | **ANASTASIO, HELEN L** — NORTH HAVEN — SR CLINICAL SAFTEY ASSOCIATE | | | J⑦ |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:03CR351(EBB)**  
Description: **USA V REYNOLDS**

Date: **5/11/04**  
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100135963 | 01-0275 | **BROCKWAY, DOUGLAS L** <br> OLD SAYBROOK — UNEMPLOYED | CR, CV — J (8) |
| 65 | 100068450 | 01-0196 | **MUGAVERO, CHERYL L** <br> WATERFORD — ADMINISTRATOR  5/19 | CP |
| 66 | 100131595 | 01-0182 | **TYLER, KIMBERLY A**  5/20 <br> ESSEX — PHOTO JOURNALIST | CP |
| 67 | 100072751 | 01-0256 | **CORMIER, NOEL A** <br> COLCHESTER — PROGRAMMER | PP |
| 68 | 100163835 | 01-0229 | **PIASECKI, PATRICIA A**  6/1 <br> MADISON — SECRETARY | CP |
| 69 | 100130559 | 01-0211 | **RANERI, PAUL A**  5/17 <br> WATERBURY — ELECTRICIAL CONST | CP |
| 70 | 100172975 | 01-0197 | **CIGNARALE, MICHAEL P**  sick mom <br> MILFORD — MILFORD TENNIS CLUB | CP | CP |
| 71 | 100131428 | 01-0230 | **KOBA, RAYMOND A** <br> DURHAM — CONTROLLER  June 22 | PP |
| 72 | 100136943 | 01-0147 | **CANDELARIO, ELIZABETH** <br> NEW HAVEN — JUDICIAL MARSHAL  NA 5/20 | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ELLEN B. BURNS**
Event: **3:03CR351(EBB)**
Description: **USA V REYNOLDS**

Date: **5/11/04**
Time: **9:27 AM**

CR   CV

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 73 | 100153501 | 01-0212 | **CARBONE, MARISSA L** <br> NEW HAVEN — TEACHER | J (9) |
| 74 | 100178935 | 01-0156 | **MONARCA, CAROL M** <br> MIDDLETOWN | CP |
| 75 | 100077989 | 01-0195 | **NEILAN, LAWRENCE W** <br> NEW LONDON — STOCKER | |
| 76 | 100135031 | 01-0144 | **MANZELLA, SARAH** <br> GUILFORD — BARTENDER/STUDENT  NA 5/17 | CP |
| 77 | 100164593 | 01-0273 | **STOKOWSKI, KENNETH P** <br> MIDDLETOWN — SR APPLICATIONS DEVELOPMENT MGR  NA 5/19 | CP |
| 78 | 100171846 | 01-0272 | **BURY, MARGO L** <br> NEW HAVEN — ARCHITECT | CP |
| 79 | 100163019 | 01-0160 | **LORUSSO, NICHOLAS A** <br> WOLCOTT — TOOL DESIGNER | CP |
| 80 | 100140791 | 01-0235 | **VANSKI, RICHARD C** <br> WALLINGFORD — WATER SUPERINTENDANT | |
| 81 | 100151775 | 01-0234 | **COMSHAW, JACQUELINE R** last wk June <br> MIDDLETOWN — DIRECTOR OF ADDMISSIONS | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**
Event: **3:03CR351(EBB)**
Description: **USA V REYNOLDS**

Date: **5/11/04**
Time: **9:27 AM**

| Random No. | Part No. | Pool Seq. | Name | | CR | CV Code (see legend) |
|---|---|---|---|---|---|---|
| 82 | 100170294 | 01-0215 | **SCARLETT, FRANK W** CONTRACT ADMINISTRATOR  OLD SAYBROOK | last June | | |
| 83 | 100172620 | 01-0185 | **FOLTZ, ANNEMARIE** 5\26-28 RETIRED PUB HEALTH CONSULTANT 6\15  NEW HAVEN | | | CP |
| 84 | 100134204 | 01-0191 | **TAMBURRINO, CHRISTOPHER F** FIRE SPRINKLER INSPECTOR 5\29  SEYMOUR | | | CP |
| 85 | 100073845 | 01-0152 | **COTE, VICTOR A** 5 mos out of work UNION IRON WORKER LOCAL #15 HARTFORD  JEWETT CITY | | CP | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 10 of 10