UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Hainsworth

V.                                    Case Number:  3:02cv715(EBB)

National Railroad
Passenger Corp

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on <u>May 17, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 16, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 19, 2004.


                KEVIN F. ROWE, CLERK

                By:      /s/
                     Melissa Ruocco
                     Deputy Clerk