FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| K. PAUL HAINSWORTH, | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. |
| | : 302 CV 715 (EEB) |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION (AMTRAK), | : |
| Defendant. | : MAY 17, 2004 |

STIPULATION OF DISMISSAL

The parties hereto hereby stipulate and agree that the above matter shall be dismissed with prejudice and without costs to any party.

THE PLAINTIFF

By 
Robert I. Reardon, Jr.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
(203) 442-0444
Federal Bar No. ct05358
His Attorneys

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

THE DEFENDANT

By _____
Brian Molinari
Landman Corsi Ballaine & Ford, P.C.
National Railroad Corporation
120 Broadway, 27th Floor
New York, NY 10271
Federal Bar No. ct21294
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on May 17, 2004, to the following counsel of record:

Brian Molinari
Landman Corsi Ballaine & Ford, P.C.
National Railroad Corporation
120 Broadway, 27th Floor
New York, NY 10271
(212)238-4800

_____
Robert I. Reardon, Jr.

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515