UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

K. Paul Hainsworth

V.                               Case Number: 3:02cv715

National Railroad Passenger

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. #  - **ORDERED ACCORDINGLY**

Dated at New Haven, Connecticut, May 20, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Rita Warner
    Deputy Clerk